Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 14-16601, 14-17068

Case Name: O'Bannon v. National Collegiate Athletic Association

The Clerk will enter my appearance as counsel on behalf of: National Collegiate Athletic Association

[x] Appellant  [ ] Petitioner  [ ] Amicus Curiae  [ ] Appellant/Cross-Appellee
[ ] Appellee   [ ] Respondent  [ ] Intervenor    [ ] Appellee/Cross-Appellant

[ ] Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel): 

Name: David M. Lehn

Firm/Office: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 1875 Pennsylvania Ave. NW

City: Washington   State: DC   Zip Code: 20006

Phone Number (including area code): 202-663-6000

Signature (use "s/" format): s/ David M. Lehn   Date: 11/17/2014

9th Circuit Case Number(s) | 14-16601, 14-17068

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 11/17/2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ David M. Lehn

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)