Office of the Clerk

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

P.O. Box 193939

San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

| | |
|---|---|
| 9th Circuit Case Number(s) | 14-16601 |

| | | | |
|---|---|---|---|
| Case Name: | Edward O'Bannon, Jr. | v. | National Collegiate Athletic Association |

The Clerk will enter my
appearance as counsel on behalf of:

> Edward O'Bannon, Jr.
> On Behalf of Himself and All Others Similarly Situated

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee

☒ Appellee   ☐ Respondent   ☐ Intervenor   ☐ Appellee/Cross-Appellant

☐ Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my
office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

| | |
|---|---|
| Name | Seth A. Rosenthal |
| Firm/Office | Venable LLP |
| Address | 575 7th Street NW |
| City | Washington |   State | DC |   Zip Code | 20004 |

Phone Number (including area code)  202.344.4741

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ | Date | 11/21/2014 |

9th Circuit Case Number(s)

14-16601

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)

11/21/2014    .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)    /s/

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)                    .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)